# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

January 12, 2022

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 21-10587-V
Case Style: Estate of Arlene Townsend, et al v. Steven Berman, et al
District Court Docket No: 8:20-cv-00956-VMC
Secondary Case Number: 8:11-bk-22258-MGW

**Counsel must acknowledge receipt of the attached calendar by docketing the *"Calendar Receipt Acknowledged"* event in ECF.**

The court has determined that the cases listed on the attached calendar are to be orally argued during the week of 03/07/2022 in Jacksonville, Florida. Counsel for each party must present oral argument unless excused by the court for good cause shown. *Please note that after the date of this letter, any changes in or addition to counsel in the appeals listed on the attached calendar requires leave of the court. See 11th Cir.R.34-4(e).*

The names of the judges of the oral argument panel may be obtained by calling the Courtroom Deputy shown below, no earlier than 02/22/2022.

If you have questions or concerns, please do not hesitate to contact the Calendaring/Court Sessions Section in Atlanta, Georgia at (404) 335-6141.

Personal electronic devices, such as cellular telephones, "smart phones," laptop computers, and tablet computers are not allowed beyond the courthouse's security checkpoint unless prior approval has been obtained from a judge of the Court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bryon A. Robinson
Phone #: (404) 335-6142

CAL-1 Oral Argument Calendar Issued